**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAUN WARRICK,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| **v.** | : | |
| **JOSEPH TERRA, *et al.*,** | : | **No. 24-90** |
| Respondents. | : | |

**ORDER**

AND NOW, this 17th day of November 2026, upon consideration of Petitioner Shaun Warrick's Petition for Writ of Habeas Corpus, the Report and Recommendation of Magistrate Judge Caroline Goldner Cinquanto (ECF No. 31), Petitioner's Objections (ECF No. 36), the Commonwealth's Response (ECF No. 45), the parties' supplemental submissions (ECF Nos. 47, 50), and the record, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. Petitioner's Objections (ECF No. 36) are **OVERRULED**, except to the limited extent that the Court declines to adopt the Report and Recommendation's conclusion that Petitioner's cumulative prejudice argument is procedurally defaulted and untimely. The cumulative prejudice argument is denied on the merits.

2. The Report and Recommendation (ECF No. 31) is **APPROVED AND ADOPTED** except for its procedural default and timeliness analysis of Petitioner's cumulative prejudice argument.

3. The Petition for Writ of Habeas Corpus is **DENIED**.

4. Petitioner's request for an evidentiary hearing is **DENIED**.

5. A certificate of appealability is **GRANTED only as to Ground One**, Petitioner's claim that trial counsel rendered ineffective assistance by failing to raise an objection under *Batson v. Kentucky*, 476 U.S. 79 (1986). A certificate of appealability is **DENIED** as to all remaining claims.

6. The Clerk of Court shall **CLOSE this case**.

BY THE COURT:

Hon. Mia R. Perez